# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK W. ADKINS, | ) | 3:09-cv-0628-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 14, 2011 |
| | ) | |
| MARK HERRERA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Default Judgment (Doc. #19). Defendant has opposed the Motion (Doc. #21).

On February 11, 2011, Defendant filed a Motion for Extension of Time to File an Answer (Doc. #17) and on February 14, 2011, the court entered its Minute Order (Doc. #18) granting the Defendant up to and including March 14, 2011, by which to file his Answer to Plaintiff's First Amended Civil Rights Complaint.

Plaintiff's Motion for Default Judgment (Doc. #19) was filed after the court's order granting Defendant an extension of time in which to file an Answer.

In view of the above, Plaintiff's Motion for Default Judgment (Doc. #19) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____

Deputy Clerk