# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK W. ADKINS, | ) | 3:09-cv-0628-ECR (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 14, 2011 |
| MARK HERRERA, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion for Screening of and Enlargement of Time to Respond to Plaintiff's Amended Complaint (Doc. #22).

Defendant's Motion (Doc. #22) is **GRANTED** and the Plaintiff's First Amended Complaint filed January 14, 2011 (Doc. #16) will be screened by the court.  No answer need be filed until the Amended Complaint is screened.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk