## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK W. ADKINS, | ) | 3:09-cv-0628-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 21, 2011 |
| | ) | |
| MARK HERRERA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion Requesting an Early Mediation Conference (Doc. #31). Defendants have opposed the Motion (Doc. #35).

The parties have already met for an Early Mediation Conference on January 4, 2011, and were not able to settle the case.  A second mediation conference will not be scheduled.

Plaintiff's Motion Requesting an Early Mediation Conference (Doc. #31) is **DENIED**.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
                Deputy Clerk