## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK W. ADKINS, | ) | 3:09-cv-0628-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 17, 2011 |
| | ) | |
| MARK HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Enlargement of Time to Respond to Defendant's Opposition to Motion for Declaratory Judgment (Doc. #44).  Good cause appearing,

Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Opposition to Motion for Declaratory Judgment (Doc. #44) is **GRANTED**.  Plaintiff shall have to and including **June 28, 2011**, in which to file his Reply to Defendant's Opposition to Motion for Declaratory Judgment (Doc. #34).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
        Deputy Clerk