\_\_\_ FILED          \_\_\_ RECEIVED
\_\_\_ ENTERED        \_\_\_ SERVED ON
              COUNSEL/PARTIES OF RECORD

JUN 1 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK W. ADKINS, | 3:09-cv-0628-ECR (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 13, 2011 |
| MARK HERRERA, | |
| Defendant. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendant Mark Herrera has filed a Motion to Strike Plaintiff's Reply to Defendant's Answer to Plaintiff's Amended Civil Rights Complaint (Doc. #53). Defendant's Motion is well taken.

   Fed. R. Civ. P. 7(a) provides for the filing of a complaint and an answer and various other pleadings. The Rule does not permit the filing of an opposition to an answer to a complaint.

   Defendant's Motion to Strike Plaintiff's Reply to Defendant's Answer to Plaintiff's Amended Civil Rights Complaint (Doc. #53) is **GRANTED**. The Clerk shall **STRIKE** Plaintiff's Reply to Defendant's Answer to Plaintiff's Amended Civil Rights Complaint.

   **IT IS SO ORDERED.**

                                                                  LANCE S. WILSON, CLERK
                                                                  By:_____/s/_____
                                                                         Deputy Clerk